ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Deloitte Consulting LLP, Deloitte & | ) ASBCA No. 63113 |
| Touche LLP, and Deloitte Financial | ) |
| Advisory Services LLP | ) |
| | ) |
| Under Contract Nos. N00178-04-D-4020 | ) |
| W81XWH-08-D-0028 | ) |
| HHSN263999900031 | ) |
| AID-522- C-11-00002 | ) |
| 2012-12012700001 | ) |

APPEARANCES FOR THE APPELLANT:    Thomas A. Lemmer, Esq.
                                   Phillip R. Seckman, Esq.
                                   Jessica R. Chao, Esq.
                                     Dentons US LLP
                                     Denver, CO

APPEARANCES FOR THE GOVERNMENT:    Samuel W. Morris, Esq.
                                     DCMA Chief Trial Attorney
                                   Peter M. Casey, Esq.
                                   Evan Georgopoulos, Esq.
                                     Trial Attorneys
                                     Defense Contract Management Agency
                                     Chantilly, VA

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  January 10, 2023

_____
JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63113, Appeal of Deloitte Consulting LLP, Deloitte & Touche LLP, and Deloitte Financial Advisory Services LLP, rendered in conformance with the Board's Charter.

Dated:  January 10, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals